UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS G. THORP,

        Plaintiff,                Case No. 1:12-cv-1060

v.                                  Honorable Paul L. Maloney

MICHIGAN PAROLE BOARD et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action under 42 U.S.C. § 1983 be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

IT IS FURTHER ORDERED that Plaintiff's independent state-law claims, if any, be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).


Dated:  November 19, 2012                     /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge